STATE of Missouri, Respondent,

v.

Mitchell Jay SHUBERT, Appellant.

No. WD 39051.

Missouri Court of Appeals, Western District.

Oct. 6, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Janet M. Thompson, Columbia, for appellant.

Jerome S. Antel, III, Asst. Pros. Atty., Boone County, Columbia, for respondent.

Before MANFORD, P.J., and NUGENT and GAITAN, JJ.

ORDER

PER CURIAM.

Direct appeal from jury convictions of driving while intoxicated, in violation of § 577.010, RSMo 1986, failure to stop at a stop sign, in violation of § 304.351.4(1)(a), RSMo 1986, and possession of marijuana, in violation of § 195.020.1, RSMo 1986.

Judgment affirmed. Rule 30.25(b).